UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **Wendy Horton,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No.:1:17-cv-3035-TWP-MPB |
| | ) | |
| **Harris & Harris, Ltd.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Wendy Horton, by counsel, and Defendant, Harris & Harris, Ltd., by counsel, stipulate and move this Court to dismiss this cause of action with prejudice, with each party to bear their own attorney fees and costs.

Respectfully submitted,

/s/Jennifer Kalas                                         /s/John T. Steinkamp
Jennifer Kalas                                              John Steinkamp
Hinshaw & Culbertson, LLP                       John Steinkamp & Associates
322 Indianapolis Blvd., Suite 201              5214 S. East St., Ste. D1
Schererville, IN 46375                               Indianapolis, IN 46227
Office: (219) 864-5051                               Office:  (317) 780-8300