UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Wendy Horton, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.:1:17-cv-3035-TWP-MPB |
| Harris & Harris, Ltd., | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the Parties in this cause, this cause of action is hereby dismissed with prejudice, with each party to bear their own attorney fees and costs.

 12/19/2017                                                         _[signature]_____
Date                                                                         Judge
                                                                                     United States District Court
                                                                                     Southern District of Indiana

**ECF notification:**

Copies to electronically registered counsel of record.